ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

*E-filed 12/19/06*

Attorneys for Defendant
FERMIN DE LUNA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-00407 RS |
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF FERMIN DE LUNA, AND [proposed] ORDER THEREON |
| vs. | |
| FERMIN DE LUNA, ET AL., | |
| Defendants. | |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, through MATTHEW A. LAMBERTI, ESQ., the Assistant United States Attorney in charge of this case, and ROBERT E. CAREY, JR., ESQ. on behalf of FERMIN DE LUNA, that Mr. DE LUNA be allowed to travel to Zacatecas, Fresnillo, Mexico.

Mr. DE LUNA's daughter is celebrating her 18th birthday, and there will be a large Christmas gathering of his relatives.  Mr. DE LUNA will be driving to Mexico with his wife and family.  He will leave the Northern District of California on December 23, 2006 and will return on January 2, 2007.

Mr. CAREY has contacted Ms. Janie Zhuang, the Federal Probation Officer for Mr. DE LUNA.  She has told him she has no objection to this travel.  She states she was unable to process the travel request because it was not presented to her in a timely fashion.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  December 18, 2006 | CAREY & CAREY |
| 2 | | |
| 3 | | _____/S/_____ |
| 4 | | ROBERT E. CAREY, JR., Attorneys for Defendant FERMIN DE LUNA |
| 5 | | |
| 6 | DATED: December 18, 2006 | UNITED STATES OF AMERICA |
| 7 | | |
| 8 | | _____/S/_____ |
| 9 | | MATTHEW A. LAMBERTI<br>Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Mr. FERMIN DE LUNA be allowed to travel to and from Zacatecas, Fresnillo, Mexcio, from December 23, 2006 through January 2, 2007.

IT IS SO ORDERED.

DATED: 12/19 _____, 2006

HONORABLE HOWARD LLOYD
U.S. DISTRICT COURT MAGISTRATE JUDGE